UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 14 AM 11: 45

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| SCOTT CANFIELD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV410-198 |
| WARDEN JACK KOON; DEPUTY WARDEN OF CARE AND TREATMENT GREGORY THOMAS; MEDICAL DIRECTOR ERIC FOGAM; HEALTH SERVICES ADMINISTRATOR DAVID MILTON; DR. AWE, GEORGIA PARDONS AND PAROLE BOARD; JOE WILLIAMS; and COASTAL STATE PRISON CLASSIFICATION COMMITTEE, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 14th day of Sept, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA